UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT J GOLDSTEIN
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
280 West Main Street
Denville, NJ 07834
(973) 453-2838
sjg@sgoldsteinlaw.com

Attorney for John DaSilva and Jessica DaSilva, Debtors

Order Filed on May 31, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    John DaSilva
    Jessica DaSilva,

    Debtors.

Case No.: 22-14275

Chapter: 13

Judge: VFP

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: May 31, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

After review of the application of _____Scott J Goldstein_____ for the reduction of time for a hearing on __A motion to extend stay,__ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __6/16/2022__ at __10:00am__ in the United States Bankruptcy Court, __50 Walnut Street, Newark, NJ 07102__ ,

Courtroom No. __3B__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
All Secured creditors or their counsel, if known; the Chapter 13 Trustee

by ☒ each, ☒ any of the following methods selected by the Court:
☒ fax, ☒ overnight mail, ☒ regular mail, ☒ email, ☐ hand delivery.  **(if known)**

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

All other creditors or their counsel; and any other persons having filed a Notice of Appearance in this case.

by ☐ each, ☒ any of the following methods selected by the Court:
☒ fax, ☐ overnight mail, ☒ regular mail, ☒ email, ☐ hand delivery.

4. Service must be made:
☐ on the same day as the date of this order, or

☒ By 5/31/2022.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

*rev.1/12/22*

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:
   ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail

   ___two___ day(s) prior to the scheduled hearing; or

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.
    ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-14275-VFP |
| John DaSilva | Chapter 13 |
| Jessica Lynn DaSilva | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 31, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + John DaSilva, Jessica Lynn DaSilva, 41 Outlook Ave, Budd Lake, NJ 07828-3413 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2022             Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott J. Goldstein | on behalf of Debtor John DaSilva sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com |
| Scott J. Goldstein | on behalf of Joint Debtor Jessica Lynn DaSilva sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: May 31, 2022 Form ID: pdf903 Total Noticed: 1
TOTAL: 4