UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scott J Goldstein
Law Offices of Scott J. Goldstein, LLC
280 West Main Street
Denville, NJ 07834
(973) 453-2838
*sjg@sgoldsteinlaw.com*

Attorney for Debtor

In Re:

    John DaSilva and Jessica DaSilva

    Chapter 13 Debtor

| | |
|---|---|
| Case No.: | 22-14275 |
| Chapter: | 13 |
| Adv. No | |
| Hearing Date: | 6/16/2022 |
| Judge: | VFP |

# CERTIFICATION OF SERVICE

1. I,  **Scott J. Goldstein,**

   ☒ represent the Debtor(s) in this matter.

   ☐ am the secretary/paralegal for  Scott J Goldstein,   who represents the Debtor in this matter.

   ☐ am the Debtor  in this case and am representing myself.

2. On  5/31/2022,    I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Motion to Extend Stay and Application to Shorten Time

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  6/2/2022                    /s/ Scott J. Goldstein
                                   Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other   Email and overnight mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rocket Mortgage<br>1050 WOODWARD AVE<br>DETROIT, MI 48226-3573 | Secured creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other   Overnight mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| AMERICREDIT FINANCIAL SERVICES /GM FINANCIAL<br>Attn: Officer<br>801 CHERRY ST STE 3500<br>FORT WORTH, TX 76102-6854 | Secured creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other   Overnight mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| LINCOLN AUTOMOTIVE FINANCIAL<br>1501 N PLANO RD STE 100<br>RICHARDSON, TX 75081-2493 | Secured creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other   Overnight mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| All creditors per attached | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:                                              CASE NO: 22-14275

JOHN DASILVA                                        **DECLARATION OF MAILING**
JESSICA DASILVA                                     **CERTIFICATE OF SERVICE**
                                                    Chapter: 13

On 5/31/2022, I did cause a copy of the following documents, described below,

Motion to Extend Automatic Stay and Application to Shorten Time

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/31/2022

/s/ Scott J Goldstein
Scott J Goldstein  16472004

Law Offices of Scott J. Goldstein, LLC
280 West Main Street
Denville, NJ  07834
973 453 2838
sjg@sgoldsteinlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

JOHN DASILVA
JESSICA DASILVA

CASE NO: 22-14275

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 5/31/2022, a copy of the following documents, described below,

Motion to Extend Automatic Stay and Application to Shorten Time

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/31/2022

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Scott J Goldstein
Law Offices of Scott J. Goldstein, LLC
280 West Main Street
Denville, NJ  07834

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" WERE SERVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
03122
CASE 22-14275-VFP
DISTRICT OF NEW JERSEY
NEWARK
TUE MAY 31 14-43-28 EDT 202

SYNCHRONY BANK CO PRA RECIEVABLES
MANAGEME
POB 41021
NORFOLK VA 23541-1021

EXCLUDE
US BANKRUPTCY COURT
MLK JR FEDERAL BUILDING
50 WALNUT STREET
NEWARK NJ 07102-3550

AMERICAN EXPRESS
PO BOX 981535
EL PASO TX 79998-1535

AMERICREDITGM FINANCIAL
ATTN BANKRUPTCY
PO BOX 183853
ARLINGTON TX 76096-3853

ANESTHESIA ASSOCIATES OF MORRISTOWN
100 MADISON AVE
MORRISTOWN NJ 07960-6136

ATLANTIC AMBULANCE CORP
PO BOX 35654
NEWARK NJ 07193-5654

ATLANTIC MEDICAL GROUP
100 MADISON AVE
MORRISTOWN NJ 07960-6136

BANK OF AMERICA
ATTN BANKRUPTCY
4909 SAVARESE CIR
TAMPA FL 33634-2413

BARCLAYS BANK DELAWARE
ATTN BANKRUPTCY PO BOX 8801
WILMINGTON DE 19899-8801

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

(P)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

CITIBANK NORTH AMERICA
CITIBANK SD MC
425 5800 SOUTH CORP PL
SIOUX FALLS SD 57101

COMENITY BANK
ATTN BANKRUPTCY
PO BOX 182125
COLUMBUS OH 43218-2125

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY OH 43054-3025

HACKETTSTOWN MEDICAL
PO BOX 864
MAHWAH NJ 07430-0864

LENDINGPOINT LLC
ATTN BANKRUPTCY
1201 ROBERTS BLVD NW
STE 200
KENNESAW GA 30144-3612

LINCOLN AUTOMOTIVE FIN
ATTN BANKRUTCY
PO BOX 54200
OMAHA NE 68154-8000

MATERNAL FETAL MEDICINE
PO BOX 416524
BOSTON MA 02241-6524

MATERNAL FETAL MEDICINE OF PRACTICE
ASSO
100 MADISON AVE BOX 68
MORRISTOWN NJ 07960-6136

MIDATLANTIC NEONATOLOGY
100 MADISON AVE
MORRISTOWN NJ 07960-6136

MORRISTOWN MEDICAL CENTER
100 MADISON AVE
MORRISTOWN NJ 07960-6136

NEPHROLOGICAL ASSOC PA
83 HANOVER RD STE 290
FLORHAM PARK NJ 07932-1520

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

QUANTUM3 GROUP LLC
PO BOX 788
KIRKLAND WA 98083-0788

QUICKEN LOANS
ATTN BANKRUPTCY
1050 WOODWARD AVE
DETROIT MI 48226-3573

SYNCHRONY BANK
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS OR CLERK'S ORDER AND ADDRESSES
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF ECEI..." RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

SYNCHRONY BANK
CO OF PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

TALLY TECHNOLOGIES INC
ATTN BANKRUPTCY
375 ALABAMA ST
STE 325
SAN FRANCISCO CA 94110-7334

TARGET NB
CO FINANCIAL  RETAIL SERVICES MAILSTOP
PO BOX 9475
MINNEAPOLIS MN 55440-9475

US TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102-5235

WELLS FARGO BANK NA
1 HOME CAMPUS MAC X230301A
FL 3
DES MOINES IA 50301

JESSICA LYNN DASILVA
41 OUTLOOK AVE
BUDD LAKE NJ 07828-3413

DEBTOR

JOHN DASILVA
41 OUTLOOK AVE
BUDD LAKE NJ 07828-3413

MARIEANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD NJ 07004-1550

SCOTT J GOLDSTEIN
LAW OFFICES OF SCOTT J GOLDSTEIN LLC
280 WEST MAIN STREET
DENVILLE NJ 07834-1233

ADDRESSES MARKED AS "EXCLUDE" WERE NOT SERVED VIA REGULAR MAIL. THEY RECEIVED ELECTRONIC NOTICE VIA THE COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(U.S. Trustee)
U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

USTPRegion03.NE.ECF@usdoj.gov

(Creditor)
Synchrony Bank, c/o PRA Recievables
Management, LLC
POB 41021
Norfolk, VA 23541

(Trustee)
Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004-1550

magecf@magtrustee.com

(Debtor)
John DaSilva
41 Outlook Ave
Budd Lake, NJ 07828
represented by:
Scott J. Goldstein
Law Offices of Scott J. Goldstein, LLC
280 West Main Street
Denville, NJ 07834

sjg@sgoldsteinlaw.com

(Joint Debtor)
Jessica Lynn DaSilva
41 Outlook Ave
Budd Lake, NJ 07828
represented by:
Scott J. Goldstein
Law Offices of Scott J. Goldstein, LLC
280 West Main Street
Denville, NJ 07834

sjg@sgoldsteinlaw.com