**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Law Offices of Scott J. Goldstein, LLC
280 West Main Street, Denville, NJ 07834
Tel: (973) 453-2838
Fax: (973) 453-2869

sjg@sgoldsteinlaw.com

Scott J Goldstein (016472004)
Attorney for Debtor(s)

Order Filed on June 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

   John DaSilva and Jessica DaSilva

           Chapter 13 Debtor(s)

Case No:

Hearing Date:

Honorable Vincent F. Papalia

# ORDER GRANTING EXTENSION OF STAY

The relief set forth on the following pages, numbered two (2) through __two (2)__ is hereby **ORDERED**.

**DATED: June 21, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Case No.:

**THIS MATTER,** having been opened to the Court on the motion of the Debtor(s), John DaSilva and Jessica DaSilva, by and through counsel, Scott J. Goldstein, Esq., seeking an Order pursuant to 11 U.S.C. §362(c)(3) extending the automatic stay beyond 30 days as to all creditors, and the Court having read the papers in support and in opposition to the motion, if any, and the Court having heard the arguments of counsel, if any, and for good cause shown:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Debtor's motion is hereby granted as forth herein.

2. The automatic stay imposed by 11 U.S.C §362 and otherwise limited to 30 Days by 11 U.S.C. §362(c)(3) is hereby extended to the life of the case as to all creditors unless and until otherwise ordered by this Court and except as otherwise provided by the Bankruptcy Code.

3. The prevailing party shall serve a copy of this Order on all parties within three (3) day from entry of this order.