**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Law Offices of Scott J. Goldstein, LLC
280 West Main Street, Denville, NJ 07834
Tel: (973) 453-2838
Fax: (973) 453-2869

sjg@sgoldsteinlaw.com

Scott J Goldstein (016472004)
Attorney for Debtor(s)

In Re:

John DaSilva and Jessica DaSilva

Chapter 13 Debtor(s)

Order Filed on June 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:

Hearing Date:

Honorable Vincent F. Papalia

### ORDER GRANTING EXTENSION OF STAY

The relief set forth on the following pages, numbered two (2) through __two (2)__ is hereby **ORDERED**.

**DATED: June 21, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Case No.:

**THIS MATTER,** having been opened to the Court on the motion of the Debtor(s), John DaSilva and Jessica DaSilva, by and through counsel, Scott J. Goldstein, Esq., seeking an Order pursuant to 11 U.S.C. §362(c)(3) extending the automatic stay beyond 30 days as to all creditors, and the Court having read the papers in support and in opposition to the motion, if any, and the Court having heard the arguments of counsel, if any, and for good cause shown:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Debtor's motion is hereby granted as forth herein.

2. The automatic stay imposed by 11 U.S.C §362 and otherwise limited to 30 Days by 11 U.S.C. §362(c)(3) is hereby extended to the life of the case as to all creditors unless and until otherwise ordered by this Court and except as otherwise provided by the Bankruptcy Code.

3. The prevailing party shall serve a copy of this Order on all parties within three (3) day from entry of this order.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-14275-VFP |
| John DaSilva | Chapter 13 |
| Jessica Lynn DaSilva | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 2
Date Rcvd: Jun 22, 2022        Form ID: pdf903        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John DaSilva, Jessica Lynn DaSilva, 41 Outlook Ave, Budd Lake, NJ 07828-3413 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2022        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott J. Goldstein | on behalf of Debtor John DaSilva sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com |
| Scott J. Goldstein | on behalf of Joint Debtor Jessica Lynn DaSilva sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 22, 2022 | Form ID: pdf903 | Total Noticed: 1

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5