Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−14275−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John DaSilva<br>41 Outlook Ave<br>Budd Lake, NJ 07828 | Jessica Lynn DaSilva<br>aka JESSICA MALATESTA<br>41 Outlook Ave<br>Budd Lake, NJ 07828 |

Social Security No.:
xxx−xx−0622                             xxx−xx−1079

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 22, 2022.

Dated: July 22, 2022
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-14275-VFP
John DaSilva  Chapter 13
Jessica Lynn DaSilva
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 3
Date Rcvd: Jul 22, 2022  Form ID: plncf13  Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John DaSilva, Jessica Lynn DaSilva, 41 Outlook Ave, Budd Lake, NJ 07828-3413 |
| 519624619 | | Anesthesia Associats of Morristown, 100 Madison Ave, Morristown, NJ 07960-6136 |
| 519624620 | + | Atlantic Ambulance Corp, PO Box 35654, Newark, NJ 07193-5654 |
| 519624621 | + | Atlantic Medical Group, 100 Madison Ave, Morristown, NJ 07960-6136 |
| 519629221 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519624630 | | Hackettstown Medical, PO Box 864, Mahwah, NJ 07430-0864 |
| 519624634 | | Maternal Fetal Medicine, PO Box 416524, Boston, MA 02241-6524 |
| 519624635 | + | Maternal Fetal Medicine of Practice Asso, 100 Madison Ave Box 68, Morristown, NJ 07960-6136 |
| 519624636 | | Midatlantic Neonatology, 100 Madison ave, Morristown, NJ 07960-6136 |
| 519624637 | + | Morristown Medical Center, 100 Madison Ave, Morristown, NJ 07960-6136 |
| 519624638 | | Nephrological Assoc PA, 83 Hanover Rd Ste 290, Florham Park, NJ 07932-1520 |
| 519624645 | | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A, Fl 3, Des Moines, IA 50301 |
| 519653269 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 22 2022 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 22 2022 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 22 2022 20:45:00 | AmeriCredit Financial Services Inc., PO Box 183853, Arlington, TX 76096 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jul 22 2022 20:55:04 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 519629007 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 22 2022 20:45:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 519624617 | + | Email/PDF: bncnotices@becket-lee.com | Jul 22 2022 20:55:47 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 519646185 | | Email/PDF: bncnotices@becket-lee.com | Jul 22 2022 20:55:29 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519624618 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 22 2022 20:45:00 | Americredit/Gm Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 519624622 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 22 2022 20:44:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 519624623 | | Email/Text: BarclaysBankDelaware@tsico.com | | |

Case 22-14275-VFP    Doc 26    Filed 07/24/22    Entered 07/25/22 00:14:11    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 22, 2022 | Form ID: plncf13 | Total Noticed: 45 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519624624 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 22 2022 20:45:00 | Barclays Bank Delaware, Attn: Bankruptcy PO Box 8801, Wilmington, DE 19899-8801 |
| 519624627 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 22 2022 20:55:04 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519624628 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 22 2022 21:06:04 | Citibank North America, Citibank SD MC, 425 5800 South Corp Pl, Sioux Falls, SD 57101 |
| 519624629 | | Email/Text: mrdiscen@discover.com | Jul 22 2022 20:45:00 | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519624625 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 22 2022 20:44:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519624626 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 22 2022 20:55:28 | Chase Bank USA, NA, PO Box 15123, Wilmington, DE 19850 |
| 519635735 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 22 2022 20:55:04 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519624632 | ^ | MEBN | Jul 22 2022 20:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519624633 | | Email/Text: EBNBKNOT@ford.com | Jul 22 2022 20:44:17 | Lendingpoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd NW, Ste 200, Kennesaw, GA 30144-3612 |
| 519624639 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 22 2022 20:45:00 | Lincoln Automotive Fin, Attn: Bankrutcy, PO Box 54200, Omaha, NE 68154-8000 |
| 519645946 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 22 2022 20:55:47 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519645957 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 22 2022 20:55:45 | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 519645942 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 22 2022 20:55:45 | Portfolio Recovery Associates, LLC, c/o Jet Blue, POB 41067, Norfolk VA 23541 |
| 519624640 | | Email/Text: bnc-quantum@quantum3group.com | Jul 22 2022 20:55:32 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 519631620 | | Email/Text: bnc-quantum@quantum3group.com | Jul 22 2022 20:45:00 | Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519628220 | | Email/Text: bnc-quantum@quantum3group.com | Jul 22 2022 20:45:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519624641 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 22 2022 20:45:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519641236 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 22 2022 20:45:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519624642 | | Email/PDF: gecsedi@recoverycorp.com | Jul 22 2022 20:45:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519624974 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 22 2022 20:55:43 | Synchrony Bank, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519624643 | | Email/Text: collections@meettally.com | Jul 22 2022 20:55:06 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519624644 | | Email/Text: bncmail@w-legal.com | Jul 22 2022 20:44:00 | Tally Technologies, Inc, Attn: Bankruptcy, 375 Alabama St, Ste 325, San Francisco, CA 94110-7334 |
| 519624645 | | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 22 2022 20:45:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 22, 2022 | Form ID: plncf13 | Total Noticed: 45 |

| | | Jul 22 2022 20:55:21 | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A, Fl 3, Des Moines, IA 50301 |
|---|---|---|---|
| 519653269 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 22 2022 20:55:21 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519624631 | | Jpmcb Card |
| 519634462 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 519637677 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott J. Goldstein | on behalf of Debtor John DaSilva sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com |
| Scott J. Goldstein | on behalf of Joint Debtor Jessica Lynn DaSilva sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6