Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−14275−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John DaSilva
41 Outlook Ave
Budd Lake, NJ 07828

Jessica Lynn DaSilva
aka JESSICA MALATESTA
41 Outlook Ave
Budd Lake, NJ 07828

Social Security No.:
xxx−xx−0622

xxx−xx−1079

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/19/23 at 10:00 AM

to consider and act upon the following:

*36* − Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/6/2022. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) (Greenberg, Marie−Ann)

*38* − Certification in Opposition to Trustee's Certification of Default (related document:36 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/6/2022. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Scott J. Goldstein on behalf of Jessica Lynn DaSilva, John DaSilva. (Attachments: # 1 Certificate of Service) (Goldstein, Scott)

Dated: 12/9/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court