SCOTT J. GOLDSTEIN
LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
280 WEST MAIN STREET
DENVILLE, NJ  07834

Re:  JOHN DASILVA
JESSICA LYNN DASILVA
41 OUTLOOK AVE
BUDD LAKE,  NJ  07828

Atty:  SCOTT J. GOLDSTEIN
LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
280 WEST MAIN STREET
DENVILLE, NJ  07834

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 22-14275

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $50,900.00**

## RECEIPTS AS OF 01/13/2023 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/13/2022 | $800.00 | | 07/18/2022 | $800.00 | |
| 09/08/2022 | $800.00 | | 10/05/2022 | $800.00 | |
| 10/31/2022 | $800.00 | | 12/01/2022 | $800.00 | |
| 12/23/2022 | $800.00 | | | | |

**Total Receipts: $5,600.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $5,600.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023 (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 260.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 9,474.81 | * | 0.00 | |
| 0002 | AMERICREDIT FINANCIAL SERVICES, INC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0003 | ANESTHESIA ASSOCIATS OF MORRISTOV | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | ATLANTIC AMBULANCE CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | ATLANTIC MEDICAL GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | BANK OF AMERICA | UNSECURED | 6,337.98 | * | 0.00 | |
| 0007 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,146.13 | * | 0.00 | |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 5,162.01 | * | 0.00 | |
| 0009 | CHASE BANK USA, NA | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | JPMORGAN CHASE BANK NA | UNSECURED | 5,253.90 | * | 0.00 | |
| 0011 | CITIBANK NORTH AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | QUANTUM3 GROUP LLC | UNSECURED | 1,232.73 | * | 0.00 | |

**Chapter 13 Case # 22-14275**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0013 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | HACKETTSTOWN MEDICAL CENTER | UNSECURED | 763.87 | * | 0.00 | |
| 0015 | JPMCB CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | QUANTUM3 GROUP LLC | UNSECURED | 17,209.12 | * | 0.00 | |
| 0017 | LINCOLN AUTOMOTIVE FIN | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0018 | MATERNAL FETAL MEDICINE | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | MATERNAL FETAL MEDICINE OF PRACTI | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | MIDATLANTIC NEONATOLOGY | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | MORRISTOWN MEDICAL CENTER | UNSECURED | 200.21 | * | 0.00 | |
| 0022 | NEPHROLOGICAL ASSOC PA | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | ROCKET MORTGAGE LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0026 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 608.11 | * | 0.00 | |
| 0027 | TALLY TECHNOLOGIES, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | TARGET NB | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | WELLS FARGO CARD SERVICES | UNSECURED | 4,238.57 | * | 0.00 | |
| 0033 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | JPMORGAN CHASE BANK NA | UNSECURED | 5,187.42 | * | 0.00 | |
| 0035 | JPMCB CARD | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid:  $4,010.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $5,600.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $4,010.00    =    Funds on Hand: $1,590.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.