| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |

Order Filed on January 26, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   JOHN DASILVA
   JESSICA LYNN DASILVA

Case No.:  22-14275 VFP

Hearing Date:  1/19/2023

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 26, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): JOHN DASILVA
JESSICA LYNN DASILVA

Case No.: 22-14275

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 01/19/2023 on notice to SCOTT J. GOLDSTEIN, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a modified plan by 1/26/2023 to extend deadline for loss mitigation or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a modified plan to extend deadline for loss mitigation has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.