Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−14275−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John DaSilva
41 Outlook Ave
Budd Lake, NJ 07828

Jessica Lynn DaSilva
aka JESSICA MALATESTA
41 Outlook Ave
Budd Lake, NJ 07828

Social Security No.:
xxx−xx−0622

xxx−xx−1079

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 22, 2022.

On 1/26/2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date: March 2, 2023
Time: 08:30 AM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 26, 2023
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
John DaSilva  
Jessica Lynn DaSilva  
    Debtors

Case No. 22-14275-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 26, 2023      Form ID: 185      Total Noticed: 47

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John DaSilva, Jessica Lynn DaSilva, 41 Outlook Ave, Budd Lake, NJ 07828-3413 |
| 519624619 | | Anesthesia Associats of Morristown, 100 Madison Ave, Morristown, NJ 07960-6136 |
| 519624620 | + | Atlantic Ambulance Corp, PO Box 35654, Newark, NJ 07193-5654 |
| 519624621 | + | Atlantic Medical Group, 100 Madison Ave, Morristown, NJ 07960-6136 |
| 519672127 | + | HACKETTSTOWN MEDICAL CTR, CERTIFIED CREDIT & COLLECTION, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 519624630 | | Hackettstown Medical, PO Box 864, Mahwah, NJ 07430-0864 |
| 519672128 | + | MORRISTOWN MEDICAL CENTER, CERTIFIED CREDIT & COLLECTION, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 519624634 | | Maternal Fetal Medicine, PO Box 416524, Boston, MA 02241-6524 |
| 519624635 | + | Maternal Fetal Medicine of Practice Asso, 100 Madison Ave Box 68, Morristown, NJ 07960-6136 |
| 519624636 | | Midatlantic Neonatology, 100 Madison ave, Morristown, NJ 07960-6136 |
| 519624637 | + | Morristown Medical Center, 100 Madison Ave, Morristown, NJ 07960-6136 |
| 519624638 | | Nephrological Assoc PA, 83 Hanover Rd Ste 290, Florham Park, NJ 07932-1520 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 26 2023 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 26 2023 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 26 2023 21:01:00 | AmeriCredit Financial Services Inc., PO Box 183853, Arlington, TX 76096 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 26 2023 21:10:18 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 519629007 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 26 2023 21:01:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 519624617 | + | Email/PDF: bncnotices@becket-lee.com | Jan 26 2023 21:10:16 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 519646185 | | Email/PDF: bncnotices@becket-lee.com | Jan 26 2023 21:10:29 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519624618 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 26 2023 21:01:00 | Americredit/Gm Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 519624622 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 26 2023 21:00:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 519629221 | | Email/Text: creditcardbkcorrespondence@bofa.com | | |

Case 22-14275-VFP    Doc 45    Filed 01/28/23    Entered 01/29/23 00:16:35    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 26, 2023 | Form ID: 185 | Total Noticed: 47 |

| | | | |
|---|---|---|---|
| | | Jan 26 2023 21:00:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519624623 | Email/Text: BarclaysBankDelaware@tsico.com | Jan 26 2023 21:01:00 | Barclays Bank Delaware, Attn: Bankruptcy PO Box 8801, Wilmington, DE 19899-8801 |
| 519624624 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 26 2023 21:10:06 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519624627 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2023 21:09:57 | Citibank North America, Citibank SD MC, 425 5800 South Corp Pl, Sioux Falls, SD 57101 |
| 519624628 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 26 2023 21:01:00 | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519624629 | Email/Text: mrdiscen@discover.com | Jan 26 2023 21:00:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519624625 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 26 2023 21:09:52 | Chase Bank USA, NA, PO Box 15123, Wilmington, DE 19850 |
| 519624626 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 26 2023 21:09:52 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519635735 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 26 2023 21:00:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519624632 | ^ MEBN | Jan 26 2023 20:55:39 | Lendingpoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd NW, Ste 200, Kennesaw, GA 30144-3612 |
| 519624633 | Email/Text: EBNBKNOT@ford.com | Jan 26 2023 21:01:00 | Lincoln Automotive Fin, Attn: Bankrutcy, PO Box 54200, Omaha, NE 68154-8000 |
| 519624639 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 26 2023 21:09:57 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519645946 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 26 2023 21:10:23 | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 519645957 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 26 2023 21:09:57 | Portfolio Recovery Associates, LLC, c/o Jet Blue, POB 41067, Norfolk VA 23541 |
| 519645942 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 26 2023 21:10:24 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 519624640 | Email/Text: bnc-quantum@quantum3group.com | Jan 26 2023 21:01:00 | Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519631620 | Email/Text: bnc-quantum@quantum3group.com | Jan 26 2023 21:01:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519628220 | Email/Text: bnc-quantum@quantum3group.com | Jan 26 2023 21:01:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519624641 | + Email/Text: bankruptcyteam@quickenloans.com | Jan 26 2023 21:01:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519641236 | + Email/Text: bankruptcyteam@quickenloans.com | Jan 26 2023 21:01:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519624642 | Email/PDF: gecsedi@recoverycorp.com | Jan 26 2023 21:10:10 | Synchrony Bank, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519624974 | + Email/PDF: gecsedi@recoverycorp.com | Jan 26 2023 21:10:18 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519624643 | Email/Text: collections@meettally.com | Jan 26 2023 21:00:00 | Tally Technologies, Inc, Attn: Bankruptcy, 375 Alabama St, Ste 325, San Francisco, CA 94110-7334 |
| 519624644 | Email/Text: bncmail@w-legal.com | Jan 26 2023 21:01:00 | Target Nb, C/O Financial & Retail Services |

Case 22-14275-VFP    Doc 45    Filed 01/28/23    Entered 01/29/23 00:16:35    Desc Imaged
                         Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 26, 2023 | Form ID: 185 | Total Noticed: 47 |

| | | | |
|---|---|---|---|
| | | | Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 519624645 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 26 2023 21:09:55 | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A, Fl 3, Des Moines, IA 50301 |
| 519653269 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 26 2023 21:09:55 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519624631 | | Jpmcb Card |
| 519634462 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 519637677 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott J. Goldstein | on behalf of Debtor John DaSilva sjg@sgoldsteinlaw.com g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net |
| Scott J. Goldstein | on behalf of Joint Debtor Jessica Lynn DaSilva sjg@sgoldsteinlaw.com g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6