Certificate Number: 16339-NJ-DE-037189677

Bankruptcy Case Number: 22-14275



16339-NJ-DE-037189677

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 16, 2023, at 7:41 o'clock PM EST, John Dasilva completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  February 16, 2023

By:  /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor