Certificate Number: 16339-NJ-DE-037189678

Bankruptcy Case Number: 22-14275



16339-NJ-DE-037189678

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 16, 2023, at 7:41 o'clock PM EST, Jessica Dasilva completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  February 16, 2023　　　　　　　By:  /s/Kelley Tipton　　　　　　　

　　　　　　　　　　　　　　　　　　Name:  Kelley Tipton　　　　　　　

　　　　　　　　　　　　　　　　　　Title:  Certified Financial Counselor