**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Phone 973-227-2840
Fax 973-227-3272

For Payments Only:

PO BOX 520
MEMPHIS, TN  38101-0520

March 06, 2023

Re: Standing Trustee's Notice of Distribution
Case No: 22-14275

On July 22, 2022 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF MARCH 6, 2023

#### Chapter 13 Case # 22-14275

Atty:   SCOTT J. GOLDSTEIN

Re:    JOHN DASILVA
       JESSICA LYNN DASILVA
       41 OUTLOOK AVE
       BUDD LAKE, NJ  07828

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $50,900.00**

## RECEIPTS  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/13/2022 | $800.00 | | 07/18/2022 | $800.00 | |
| 09/08/2022 | $800.00 | | 10/05/2022 | $800.00 | |
| 10/31/2022 | $800.00 | | 12/01/2022 | $800.00 | |
| 12/23/2022 | $800.00 | | 01/17/2023 | $800.00 | |
| 02/28/2023 | $800.00 | | | | |

**Total Receipts: $7,200.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $7,200.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 348.00 | |
| ATTY | ATTORNEY | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 9,474.81 | * | 0.00 | |
| 0002 | AMERICREDIT FINANCIAL SERVICES, INC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0003 | ANESTHESIA ASSOCIATS OF MORRISTOV | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | ATLANTIC AMBULANCE CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | ATLANTIC MEDICAL GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | BANK OF AMERICA | UNSECURED | 6,337.98 | * | 0.00 | |
| 0007 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,146.13 | * | 0.00 | |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 5,162.01 | * | 0.00 | |
| 0009 | CHASE BANK USA, NA | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | JPMORGAN CHASE BANK NA | UNSECURED | 5,253.90 | * | 0.00 | |
| 0011 | CITIBANK NORTH AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | QUANTUM3 GROUP LLC | UNSECURED | 1,232.73 | * | 0.00 | |
| 0013 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | HACKETTSTOWN MEDICAL CENTER | UNSECURED | 763.87 | * | 0.00 | |
| 0015 | JPMCB CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | QUANTUM3 GROUP LLC | UNSECURED | 17,209.12 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0017 | LINCOLN AUTOMOTIVE FIN | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0018 | MATERNAL FETAL MEDICINE | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | MATERNAL FETAL MEDICINE OF PRACTI | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | MIDATLANTIC NEONATOLOGY | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | MORRISTOWN MEDICAL CENTER | UNSECURED | 200.21 | * | 0.00 | |
| 0022 | NEPHROLOGICAL ASSOC PA | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | ROCKET MORTGAGE LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0026 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 608.11 | * | 0.00 | |
| 0027 | TALLY TECHNOLOGIES, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | TARGET NB | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | WELLS FARGO CARD SERVICES | UNSECURED | 4,238.57 | * | 0.00 | |
| 0033 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | JPMORGAN CHASE BANK NA | UNSECURED | 5,187.42 | * | 0.00 | |
| 0035 | JPMCB CARD | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid:  $4,098.00**
See Summary

### LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

### SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: March 06, 2023.

Receipts: $7,200.00        -      Paid to Claims: $0.00        -      Admin Costs Paid: $4,098.00      =     Funds on Hand: $3,102.00

Base Plan Amount: $50,900.00            -        Receipts:  $7,200.00                =     Total Unpaid Balance: **$43,700.00

**NOTE: THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.