SCOTT J. GOLDSTEIN  
LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC  
280 WEST MAIN STREET  
DENVILLE, NJ  07834

Re:  JOHN DASILVA  
JESSICA LYNN DASILVA  
41 OUTLOOK AVE  
BUDD LAKE,  NJ  07828

Atty:  SCOTT J. GOLDSTEIN  
LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC  
280 WEST MAIN STREET  
DENVILLE, NJ  07834

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
### Chapter 13 Case # 22-14275

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $59,832.00**

## RECEIPTS AS OF 01/01/2024  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/13/2022 | $800.00 | | 07/18/2022 | $800.00 | |
| 09/08/2022 | $800.00 | | 10/05/2022 | $800.00 | |
| 10/31/2022 | $800.00 | | 12/01/2022 | $800.00 | |
| 12/23/2022 | $800.00 | | 01/17/2023 | $800.00 | |
| 02/28/2023 | $800.00 | | 03/15/2023 | $800.00 | |
| 04/11/2023 | $800.00 | | 05/19/2023 | $9,732.00 | |
| 06/20/2023 | $800.00 | | 07/27/2023 | $800.00 | |
| 08/30/2023 | $800.00 | | 10/04/2023 | $800.00 | |
| 11/02/2023 | $800.00 | | 11/16/2023 | $800.00 | |
| 12/21/2023 | $800.00 | | | | |

**Total Receipts: $24,132.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $24,132.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024  (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | | | | | | |
| | 03/13/2023 | $491.37 | 906,913 | 04/17/2023 | $239.50 | 908,498 |
| | 06/12/2023 | $1,441.37 | 911,592 | 07/17/2023 | $118.48 | 913,105 |
| | 08/14/2023 | $118.49 | 914,621 | 09/18/2023 | $118.47 | 916,122 |
| | 10/16/2023 | $116.59 | 917,615 | 11/13/2023 | $116.61 | 919,045 |
| | 12/11/2023 | $116.56 | 920,467 | | | |
| BANK OF AMERICA | | | | | | |
| | 03/13/2023 | $328.70 | 906,948 | 04/17/2023 | $160.20 | 908,529 |
| | 06/12/2023 | $964.17 | 911,619 | 07/17/2023 | $79.26 | 913,135 |
| | 08/14/2023 | $79.26 | 914,652 | 09/18/2023 | $79.25 | 916,149 |
| | 10/16/2023 | $78.00 | 917,640 | 11/13/2023 | $77.97 | 919,074 |
| | 12/11/2023 | $78.00 | 920,497 | | | |

**Chapter 13 Case # 22-14275**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| HACKETTSTOWN MEDICAL CENTER | | | | | | | |
| | 03/13/2023 | $39.60 | 907,196 | | 04/17/2023 | $19.32 | 908,801 |
| | 06/12/2023 | $116.21 | 911,873 | | 07/17/2023 | $9.55 | 913,392 |
| | 08/14/2023 | $9.55 | 914,912 | | 09/18/2023 | $9.56 | 916,407 |
| | 10/16/2023 | $9.39 | 917,880 | | 11/13/2023 | $9.41 | 919,332 |
| | 12/11/2023 | $9.39 | 920,727 | | | | |
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 03/13/2023 | $269.01 | 906,685 | | 03/13/2023 | $272.46 | 906,685 |
| | 04/17/2023 | $132.81 | 908,253 | | 04/17/2023 | $131.13 | 908,253 |
| | 06/12/2023 | $799.26 | 911,349 | | 06/12/2023 | $789.15 | 911,349 |
| | 07/17/2023 | $64.87 | 912,865 | | 07/17/2023 | $65.70 | 912,865 |
| | 08/14/2023 | $65.70 | 914,386 | | 08/14/2023 | $64.87 | 914,386 |
| | 09/18/2023 | $64.89 | 915,879 | | 09/18/2023 | $65.72 | 915,879 |
| | 10/16/2023 | $64.64 | 917,382 | | 10/16/2023 | $63.81 | 917,382 |
| | 11/13/2023 | $63.85 | 918,808 | | 11/13/2023 | $64.64 | 918,808 |
| | 12/11/2023 | $64.65 | 920,230 | | 12/11/2023 | $63.80 | 920,230 |
| MORRISTOWN MEDICAL CENTER | | | | | | | |
| | 03/13/2023 | $10.38 | 907,322 | | 04/17/2023 | $5.07 | 908,933 |
| | 06/12/2023 | $30.45 | 911,990 | | 08/14/2023 | $5.00 | 915,033 |
| | 11/13/2023 | $7.44 | 919,446 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 03/13/2023 | $31.55 | 8,003,367 | | 03/13/2023 | $215.01 | 8,003,367 |
| | 03/13/2023 | $267.69 | 8,003,367 | | 04/17/2023 | $104.81 | 8,003,414 |
| | 04/17/2023 | $130.50 | 8,003,414 | | 04/17/2023 | $15.36 | 8,003,414 |
| | 06/12/2023 | $630.74 | 8,003,529 | | 06/12/2023 | $785.27 | 8,003,529 |
| | 06/12/2023 | $92.51 | 8,003,529 | | 07/17/2023 | $51.85 | 8,003,582 |
| | 07/17/2023 | $64.55 | 8,003,582 | | 07/17/2023 | $7.60 | 8,003,582 |
| | 08/14/2023 | $51.85 | 8,003,637 | | 08/14/2023 | $64.55 | 8,003,637 |
| | 08/14/2023 | $7.60 | 8,003,637 | | 09/18/2023 | $7.61 | 8,003,690 |
| | 09/18/2023 | $51.84 | 8,003,690 | | 09/18/2023 | $64.58 | 8,003,690 |
| | 10/16/2023 | $51.03 | 8,003,749 | | 10/16/2023 | $63.50 | 8,003,749 |
| | 10/16/2023 | $7.49 | 8,003,749 | | 11/13/2023 | $51.01 | 8,003,806 |
| | 11/13/2023 | $63.50 | 8,003,806 | | 11/13/2023 | $7.48 | 8,003,806 |
| | 12/11/2023 | $51.01 | 8,003,859 | | 12/11/2023 | $63.53 | 8,003,859 |
| | 12/11/2023 | $7.48 | 8,003,859 | | | | |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 03/13/2023 | $63.93 | 906,788 | | 03/13/2023 | $892.48 | 906,788 |
| | 04/17/2023 | $31.16 | 8,003,428 | | 04/17/2023 | $435.00 | 8,003,428 |
| | 06/12/2023 | $2,617.96 | 8,003,537 | | 06/12/2023 | $187.53 | 8,003,537 |
| | 07/17/2023 | $15.42 | 8,003,594 | | 07/17/2023 | $215.20 | 8,003,594 |
| | 08/14/2023 | $15.42 | 8,003,649 | | 08/14/2023 | $215.21 | 8,003,649 |
| | 09/18/2023 | $215.17 | 8,003,703 | | 09/18/2023 | $15.41 | 8,003,703 |
| | 10/16/2023 | $211.79 | 8,003,772 | | 10/16/2023 | $15.17 | 8,003,772 |
| | 11/13/2023 | $15.17 | 8,003,817 | | 11/13/2023 | $211.71 | 8,003,817 |
| | 12/11/2023 | $15.17 | 8,003,869 | | 12/11/2023 | $211.79 | 8,003,869 |
| WELLS FARGO CARD SERVICES | | | | | | | |
| | 03/13/2023 | $219.81 | 907,904 | | 04/17/2023 | $107.15 | 909,566 |
| | 06/12/2023 | $644.79 | 912,565 | | 07/17/2023 | $53.01 | 914,091 |
| | 08/14/2023 | $53.01 | 915,559 | | 09/18/2023 | $53.00 | 917,092 |
| | 10/16/2023 | $52.15 | 918,524 | | 11/13/2023 | $52.16 | 919,967 |
| | 12/11/2023 | $52.15 | 921,367 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,480.58 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 22-14275**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 9,474.81 | * | 2,994.03 | |
| 0002 | AMERICREDIT FINANCIAL SERVICES, INC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0003 | ANESTHESIA ASSOCIATS OF MORRISTOW | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | ATLANTIC AMBULANCE CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | ATLANTIC MEDICAL GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | BANK OF AMERICA | UNSECURED | 6,337.98 | * | 2,002.79 | |
| 0007 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,146.13 | * | 1,310.17 | |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 5,162.01 | * | 1,631.19 | |
| 0009 | CHASE BANK USA, NA | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | JPMORGAN CHASE BANK NA | UNSECURED | 5,253.90 | * | 1,660.23 | |
| 0011 | CITIBANK NORTH AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | QUANTUM3 GROUP LLC | UNSECURED | 1,232.73 | * | 389.54 | |
| 0013 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | HACKETTSTOWN MEDICAL CENTER | UNSECURED | 763.87 | * | 241.38 | |
| 0015 | JPMCB CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | QUANTUM3 GROUP LLC | UNSECURED | 17,209.12 | * | 5,438.06 | |
| 0017 | LINCOLN AUTOMOTIVE FIN | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0018 | MATERNAL FETAL MEDICINE | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | MATERNAL FETAL MEDICINE OF PRACTI | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | MIDATLANTIC NEONATOLOGY | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | MORRISTOWN MEDICAL CENTER | UNSECURED | 200.21 | * | 58.34 | |
| 0022 | NEPHROLOGICAL ASSOC PA | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | ROCKET MORTGAGE LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0026 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 608.11 | * | 192.16 | |
| 0027 | TALLY TECHNOLOGIES, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | TARGET NB | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | WELLS FARGO CARD SERVICES | UNSECURED | 4,238.57 | * | 1,339.38 | |
| 0033 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | JPMORGAN CHASE BANK NA | UNSECURED | 5,187.42 | * | 1,639.22 | |
| 0035 | JPMCB CARD | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid:  $24,127.07**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $24,132.00      -      Paid to Claims: $18,896.49      -      Admin Costs Paid: $5,230.58      =      Funds on Hand: $4.93

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.