SCOTT J. GOLDSTEIN
LAW OFFICES OF WENARSKY AND
GOLDSTEIN, LLC
410 STATE ROUTE 10 WEST, SUITE 214
LEDGEWOOD, NJ  07852

Re:  JOHN DASILVA  
JESSICA LYNN DASILVA  
41 OUTLOOK AVE  
BUDD LAKE, NJ 07828

Atty:  SCOTT J. GOLDSTEIN  
LAW OFFICES OF WENARSKY AND  
GOLDSTEIN, LLC  
410 STATE ROUTE 10 WEST, SUITE 214  
LEDGEWOOD, NJ  07852

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025**
Chapter 13 Case # 22-14275

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $59,832.00**

## RECEIPTS AS OF 01/01/2025       (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/13/2022 | $800.00 | | 07/18/2022 | $800.00 | |
| 09/08/2022 | $800.00 | | 10/05/2022 | $800.00 | |
| 10/31/2022 | $800.00 | | 12/01/2022 | $800.00 | |
| 12/23/2022 | $800.00 | | 01/17/2023 | $800.00 | |
| 02/28/2023 | $800.00 | | 03/15/2023 | $800.00 | |
| 04/11/2023 | $800.00 | | 05/19/2023 | $9,732.00 | |
| 06/20/2023 | $800.00 | | 07/27/2023 | $800.00 | |
| 08/30/2023 | $800.00 | | 10/04/2023 | $800.00 | |
| 11/02/2023 | $800.00 | | 11/16/2023 | $800.00 | |
| 12/21/2023 | $800.00 | | 02/07/2024 | $800.00 | |
| 03/05/2024 | $800.00 | | 04/03/2024 | $800.00 | |
| 05/06/2024 | $800.00 | | 06/07/2024 | $800.00 | |
| 07/09/2024 | $800.00 | | 08/07/2024 | $800.00 | |
| 09/09/2024 | $800.00 | | 10/03/2024 | $800.00 | |
| 11/01/2024 | $800.00 | | 12/02/2024 | $800.00 | |
| 12/30/2024 | $800.00 | | | | |

**Total Receipts: $33,732.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $33,732.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025       (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | | | | | | |
| | 03/13/2023 | $491.37 | 906,913 | 04/17/2023 | $239.50 | 908,498 |
| | 06/12/2023 | $1,441.37 | 911,592 | 07/17/2023 | $118.48 | 913,105 |
| | 08/14/2023 | $118.49 | 914,621 | 09/18/2023 | $118.47 | 916,122 |
| | 10/16/2023 | $116.59 | 917,615 | 11/13/2023 | $116.61 | 919,045 |
| | 12/11/2023 | $116.56 | 920,467 | 01/08/2024 | $116.59 | 921,854 |

**Chapter 13 Case # 22-14275**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 02/12/2024 | $116.58 | 923,203 | | 03/11/2024 | $116.58 | 924,659 |
| | 04/15/2024 | $116.59 | 926,085 | | 05/10/2024 | $116.58 | 927,567 |
| | 06/17/2024 | $116.58 | 928,966 | | 07/15/2024 | $120.40 | 930,456 |
| | 08/19/2024 | $120.38 | 931,864 | | 09/16/2024 | $120.39 | 933,329 |
| | 10/21/2024 | $119.11 | 934,727 | | 11/18/2024 | $119.12 | 936,208 |
| | 12/16/2024 | $119.13 | 937,592 | | | | |
| BANK OF AMERICA | | | | | | | |
| | 03/13/2023 | $328.70 | 906,948 | | 04/17/2023 | $160.20 | 908,529 |
| | 06/12/2023 | $964.17 | 911,619 | | 07/17/2023 | $79.26 | 913,135 |
| | 08/14/2023 | $79.26 | 914,652 | | 09/18/2023 | $79.25 | 916,149 |
| | 10/16/2023 | $78.00 | 917,640 | | 11/13/2023 | $77.97 | 919,074 |
| | 12/11/2023 | $78.00 | 920,497 | | 01/08/2024 | $77.98 | 921,880 |
| | 02/12/2024 | $77.99 | 923,228 | | 03/11/2024 | $77.98 | 924,685 |
| | 04/15/2024 | $77.99 | 926,114 | | 05/10/2024 | $77.99 | 927,591 |
| | 06/17/2024 | $77.99 | 928,993 | | 07/15/2024 | $80.53 | 930,480 |
| | 08/19/2024 | $80.52 | 931,890 | | 09/16/2024 | $80.54 | 933,353 |
| | 10/21/2024 | $79.68 | 934,752 | | 11/18/2024 | $79.68 | 936,238 |
| | 12/16/2024 | $79.69 | 937,621 | | | | |
| HACKETTSTOWN MEDICAL CENTER | | | | | | | |
| | 03/13/2023 | $39.60 | 907,196 | | 04/17/2023 | $19.32 | 908,801 |
| | 06/12/2023 | $116.21 | 911,873 | | 07/17/2023 | $9.55 | 913,392 |
| | 08/14/2023 | $9.55 | 914,912 | | 09/18/2023 | $9.56 | 916,407 |
| | 10/16/2023 | $9.39 | 917,880 | | 11/13/2023 | $9.41 | 919,332 |
| | 12/11/2023 | $9.39 | 920,727 | | 01/08/2024 | $9.40 | 922,117 |
| | 02/12/2024 | $9.40 | 923,481 | | 03/11/2024 | $9.40 | 924,928 |
| | 04/15/2024 | $9.40 | 926,370 | | 05/10/2024 | $9.40 | 927,828 |
| | 06/17/2024 | $9.40 | 929,260 | | 07/15/2024 | $9.70 | 930,719 |
| | 08/19/2024 | $9.71 | 932,151 | | 09/16/2024 | $9.70 | 933,590 |
| | 10/21/2024 | $9.61 | 935,006 | | 11/18/2024 | $9.60 | 936,474 |
| | 12/16/2024 | $9.61 | 937,859 | | | | |
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 03/13/2023 | $269.01 | 906,685 | | 03/13/2023 | $272.46 | 906,685 |
| | 04/17/2023 | $132.81 | 908,253 | | 04/17/2023 | $131.13 | 908,253 |
| | 06/12/2023 | $799.26 | 911,349 | | 06/12/2023 | $789.15 | 911,349 |
| | 07/17/2023 | $64.87 | 912,865 | | 07/17/2023 | $65.70 | 912,865 |
| | 08/14/2023 | $65.70 | 914,386 | | 08/14/2023 | $64.87 | 914,386 |
| | 09/18/2023 | $64.89 | 915,879 | | 09/18/2023 | $65.72 | 915,879 |
| | 10/16/2023 | $64.64 | 917,382 | | 10/16/2023 | $63.81 | 917,382 |
| | 11/13/2023 | $63.85 | 918,808 | | 11/13/2023 | $64.64 | 918,808 |
| | 12/11/2023 | $64.65 | 920,230 | | 12/11/2023 | $63.80 | 920,230 |
| | 01/08/2024 | $63.84 | 921,628 | | 01/08/2024 | $64.65 | 921,628 |
| | 02/12/2024 | $64.65 | 922,956 | | 02/12/2024 | $63.83 | 922,956 |
| | 03/11/2024 | $63.82 | 924,421 | | 03/11/2024 | $64.64 | 924,421 |
| | 04/15/2024 | $64.65 | 925,835 | | 04/15/2024 | $63.83 | 925,835 |
| | 05/10/2024 | $63.83 | 927,328 | | 05/10/2024 | $64.65 | 927,328 |
| | 06/17/2024 | $64.65 | 928,700 | | 06/17/2024 | $63.83 | 928,700 |
| | 07/15/2024 | $65.92 | 930,202 | | 07/15/2024 | $66.74 | 930,202 |
| | 08/19/2024 | $66.76 | 931,599 | | 08/19/2024 | $65.91 | 931,599 |
| | 09/16/2024 | $65.91 | 933,085 | | 09/16/2024 | $66.76 | 933,085 |
| | 10/21/2024 | $66.05 | 934,443 | | 10/21/2024 | $65.21 | 934,443 |
| | 11/18/2024 | $65.22 | 935,934 | | 11/18/2024 | $66.05 | 935,934 |
| | 12/16/2024 | $66.07 | 937,313 | | 12/16/2024 | $65.22 | 937,313 |
| MORRISTOWN MEDICAL CENTER | | | | | | | |
| | 03/13/2023 | $10.38 | 907,322 | | 04/17/2023 | $5.07 | 908,933 |
| | 06/12/2023 | $30.45 | 911,990 | | 08/14/2023 | $5.00 | 915,033 |
| | 11/13/2023 | $7.44 | 919,446 | | 02/12/2024 | $7.39 | 923,605 |
| | 05/10/2024 | $7.39 | 927,936 | | 07/15/2024 | $5.01 | 930,817 |
| | 09/16/2024 | $5.08 | 933,691 | | 11/18/2024 | $5.04 | 936,583 |

**Chapter 13 Case # 22-14275**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 03/13/2023 | $31.55 | 8,003,367 | 03/13/2023 | $215.01 | 8,003,367 |
| | 03/13/2023 | $267.69 | 8,003,367 | 04/17/2023 | $104.81 | 8,003,414 |
| | 04/17/2023 | $130.50 | 8,003,414 | 04/17/2023 | $15.36 | 8,003,414 |
| | 06/12/2023 | $630.74 | 8,003,529 | 06/12/2023 | $785.27 | 8,003,529 |
| | 06/12/2023 | $92.51 | 8,003,529 | 07/17/2023 | $51.85 | 8,003,582 |
| | 07/17/2023 | $64.55 | 8,003,582 | 07/17/2023 | $7.60 | 8,003,582 |
| | 08/14/2023 | $51.85 | 8,003,637 | 08/14/2023 | $64.55 | 8,003,637 |
| | 08/14/2023 | $7.60 | 8,003,637 | 09/18/2023 | $7.61 | 8,003,690 |
| | 09/18/2023 | $51.84 | 8,003,690 | 09/18/2023 | $64.58 | 8,003,690 |
| | 10/16/2023 | $51.03 | 8,003,749 | 10/16/2023 | $63.50 | 8,003,749 |
| | 10/16/2023 | $7.49 | 8,003,749 | 11/13/2023 | $51.01 | 8,003,806 |
| | 11/13/2023 | $63.50 | 8,003,806 | 11/13/2023 | $7.48 | 8,003,806 |
| | 12/11/2023 | $51.01 | 8,003,859 | 12/11/2023 | $63.53 | 8,003,859 |
| | 12/11/2023 | $7.48 | 8,003,859 | 01/08/2024 | $51.02 | 8,003,906 |
| | 01/08/2024 | $63.52 | 8,003,906 | 01/08/2024 | $7.48 | 8,003,906 |
| | 02/12/2024 | $51.02 | 8,003,947 | 02/12/2024 | $63.52 | 8,003,947 |
| | 02/12/2024 | $7.48 | 8,003,947 | 03/11/2024 | $51.02 | 8,003,991 |
| | 03/11/2024 | $63.51 | 8,003,991 | 03/11/2024 | $7.49 | 8,003,991 |
| | 04/15/2024 | $51.02 | 8,004,035 | 04/15/2024 | $63.52 | 8,004,035 |
| | 04/15/2024 | $7.48 | 8,004,035 | 05/10/2024 | $7.48 | 8,004,082 |
| | 05/10/2024 | $51.01 | 8,004,082 | 05/10/2024 | $63.52 | 8,004,082 |
| | 06/17/2024 | $51.02 | 8,004,126 | 06/17/2024 | $63.52 | 8,004,126 |
| | 06/17/2024 | $7.48 | 8,004,126 | 07/15/2024 | $52.68 | 8,004,169 |
| | 07/15/2024 | $65.58 | 8,004,169 | 07/15/2024 | $7.73 | 8,004,169 |
| | 08/19/2024 | $7.73 | 8,004,210 | 08/19/2024 | $52.68 | 8,004,210 |
| | 08/19/2024 | $65.59 | 8,004,210 | 09/16/2024 | $52.67 | 8,004,251 |
| | 09/16/2024 | $65.59 | 8,004,251 | 09/16/2024 | $7.72 | 8,004,251 |
| | 10/21/2024 | $52.13 | 8,004,295 | 10/21/2024 | $64.90 | 8,004,295 |
| | 10/21/2024 | $7.65 | 8,004,295 | 11/18/2024 | $7.65 | 8,004,336 |
| | 11/18/2024 | $52.13 | 8,004,336 | 11/18/2024 | $64.90 | 8,004,336 |
| | 12/16/2024 | $52.12 | 8,004,376 | 12/16/2024 | $64.87 | 8,004,376 |
| | 12/16/2024 | $7.64 | 8,004,376 | | | |
| QUANTUM3 GROUP LLC | | | | | | |
| | 03/13/2023 | $63.93 | 906,788 | 03/13/2023 | $892.48 | 906,788 |
| | 04/17/2023 | $31.16 | 8,003,428 | 04/17/2023 | $435.00 | 8,003,428 |
| | 06/12/2023 | $2,617.96 | 8,003,537 | 06/12/2023 | $187.53 | 8,003,537 |
| | 07/17/2023 | $15.42 | 8,003,594 | 07/17/2023 | $215.20 | 8,003,594 |
| | 08/14/2023 | $15.42 | 8,003,649 | 08/14/2023 | $215.21 | 8,003,649 |
| | 09/18/2023 | $215.17 | 8,003,703 | 09/18/2023 | $15.41 | 8,003,703 |
| | 10/16/2023 | $211.79 | 8,003,772 | 10/16/2023 | $15.17 | 8,003,772 |
| | 11/13/2023 | $15.17 | 8,003,817 | 11/13/2023 | $211.71 | 8,003,817 |
| | 12/11/2023 | $15.17 | 8,003,869 | 12/11/2023 | $211.79 | 8,003,869 |
| | 01/08/2024 | $211.75 | 8,003,925 | 01/08/2024 | $15.16 | 8,003,925 |
| | 02/12/2024 | $211.75 | 8,003,964 | 02/12/2024 | $15.17 | 8,003,964 |
| | 03/11/2024 | $15.17 | 8,004,011 | 03/11/2024 | $211.76 | 8,004,011 |
| | 04/15/2024 | $15.17 | 8,004,053 | 04/15/2024 | $211.75 | 8,004,053 |
| | 05/10/2024 | $211.75 | 8,004,098 | 05/10/2024 | $15.16 | 8,004,098 |
| | 06/17/2024 | $15.18 | 8,004,140 | 06/17/2024 | $211.75 | 8,004,140 |
| | 07/15/2024 | $15.65 | 8,004,183 | 07/15/2024 | $218.66 | 8,004,183 |
| | 08/19/2024 | $15.67 | 8,004,220 | 08/19/2024 | $218.66 | 8,004,220 |
| | 09/16/2024 | $15.67 | 8,004,259 | 09/16/2024 | $218.65 | 8,004,259 |
| | 10/21/2024 | $216.36 | 8,004,299 | 10/21/2024 | $15.49 | 8,004,299 |
| | 11/18/2024 | $15.50 | 8,004,342 | 11/18/2024 | $216.36 | 8,004,342 |
| | 12/16/2024 | $15.49 | 8,004,390 | 12/16/2024 | $216.37 | 8,004,390 |

**Chapter 13 Case # 22-14275**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| WELLS FARGO CARD SERVICES | | | | | | | |
| | 03/13/2023 | $219.81 | 907,904 | | 04/17/2023 | $107.15 | 909,566 |
| | 06/12/2023 | $644.79 | 912,565 | | 07/17/2023 | $53.01 | 914,091 |
| | 08/14/2023 | $53.01 | 915,559 | | 09/18/2023 | $53.00 | 917,092 |
| | 10/16/2023 | $52.15 | 918,524 | | 11/13/2023 | $52.16 | 919,967 |
| | 12/11/2023 | $52.15 | 921,367 | | 01/08/2024 | $52.15 | 922,715 |
| | 02/12/2024 | $52.15 | 924,156 | | 03/11/2024 | $52.16 | 925,571 |
| | 04/15/2024 | $52.15 | 927,078 | | 05/10/2024 | $52.16 | 928,451 |
| | 06/17/2024 | $52.15 | 929,968 | | 07/15/2024 | $53.86 | 931,337 |
| | 08/19/2024 | $53.85 | 932,848 | | 09/16/2024 | $53.86 | 934,200 |
| | 10/21/2024 | $53.29 | 935,712 | | 11/18/2024 | $53.29 | 937,109 |
| | 12/16/2024 | $53.27 | 938,527 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,112.55 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 9,474.81 | * | 4,414.58 | |
| 0002 | AMERICREDIT FINANCIAL SERVICES, INC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0003 | ANESTHESIA ASSOCIATS OF MORRISTOV | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | ATLANTIC AMBULANCE CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | ATLANTIC MEDICAL GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | BANK OF AMERICA | UNSECURED | 6,337.98 | * | 2,953.04 | |
| 0007 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,146.13 | * | 1,931.79 | |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 5,162.01 | * | 2,405.14 | |
| 0009 | CHASE BANK USA, NA | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | JPMORGAN CHASE BANK NA | UNSECURED | 5,253.90 | * | 2,447.95 | |
| 0011 | CITIBANK NORTH AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | QUANTUM3 GROUP LLC | UNSECURED | 1,232.73 | * | 574.37 | |
| 0013 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | HACKETTSTOWN MEDICAL CENTER | UNSECURED | 763.87 | * | 355.91 | |
| 0015 | JPMCB CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | QUANTUM3 GROUP LLC | UNSECURED | 17,209.12 | * | 8,018.21 | |
| 0017 | LINCOLN AUTOMOTIVE FIN | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0018 | MATERNAL FETAL MEDICINE | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | MATERNAL FETAL MEDICINE OF PRACTI | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | MIDATLANTIC NEONATOLOGY | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | MORRISTOWN MEDICAL CENTER | UNSECURED | 200.21 | * | 93.29 | |
| 0022 | NEPHROLOGICAL ASSOC PA | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | ROCKET MORTGAGE LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0026 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 608.11 | * | 283.33 | |
| 0027 | TALLY TECHNOLOGIES, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | TARGET NB | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | WELLS FARGO CARD SERVICES | UNSECURED | 4,238.57 | * | 1,974.88 | |
| 0033 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | JPMORGAN CHASE BANK NA | UNSECURED | 5,187.42 | * | 2,416.96 | |
| 0035 | JPMCB CARD | UNSECURED | 0.00 | * | 0.00 | |

Total Paid: $33,732.00
See Summary

**Chapter 13 Case # 22-14275**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $33,732.00    -    Paid to Claims: $27,869.45    -    Admin Costs Paid: $5,862.55    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.