UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(b)**

Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
Tel: (973) 927-5100
Fax:(973) 927-5252
Scott@wg-attorneys.com

Scott J. Goldstein, Esq. (016472004)

Order Filed on April 7, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

    John DaSilva and Jessica DaSilva,
                Debtors

Case No. 22-14275

Chapter: 13

Hearing Date: _____

Judge: Vincent F. Papalia

# ORDER GRANTING COMPENSATION IN A CHAPTER 13 CASE

The relief set forth on the following page is **ORDERED**

**DATED: April 7, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The applicant having certified that legal work additional to basic chapter 13 services required under DNJ LBR 2016-5 and which is not included as a required service under DNJ LBR 2016-5(a) has been rendered, or services which were rendered pursuant under an hourly retainer pursuant to DNJ LBR 2016-5(c) having been performed and no objections having been raised it is:

**ORDERED** that Scott J. Goldstein, the applicant, is allowed a fee of $2,550 for services rendered and expenses in the amount of $129.00 for a total of $2,679.00. The allowance is payable:

☒  Through the Chapter 13 Plan as an administrative priority

☐  Outside the Plan

The Debtor's monthly plan is not modified to allow for payment of the above fee.