UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(b)**

Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
Tel: (973) 927-5100
Fax:(973) 927-5252
Scott@wg-attorneys.com

Scott J. Goldstein, Esq. (016472004)

**Order Filed on April 7, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

John DaSilva and Jessica DaSilva,

Debtors

Case No. 22-14275

Chapter: 13

Hearing Date: _____

Judge: Vincent F. Papalia

## ORDER GRANTING COMPENSATION IN A CHAPTER 13 CASE

The relief set forth on the following page is **ORDERED**

**DATED: April 7, 2025**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The applicant having certified that legal work additional to basic chapter 13 services required under DNJ LBR 2016-5 and which is not included as a required service under DNJ LBR 2016-5(a) has been rendered, or services which were rendered pursuant under an hourly retainer pursuant to DNJ LBR 2016-5(c) having been performed and no objections having been raised it is:

**ORDERED** that Scott J. Goldstein, the applicant, is allowed a fee of $2,550 for services rendered and expenses in the amount of $129.00 for a total of $2,679.00.  The allowance is payable:

       ☒       Through the Chapter 13 Plan as an administrative priority

       ☐       Outside the Plan

The Debtor's monthly plan is not modified to allow for payment of the above fee.

United States Bankruptcy Court

District of New Jersey

In re:

John DaSilva

Jessica Lynn DaSilva

   Debtors

Case No. 22-14275-VFP

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2       User: admin       Page 1 of 2

Date Rcvd: Apr 07, 2025       Form ID: pdf903       Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | John DaSilva, Jessica Lynn DaSilva, 41 Outlook Ave, Budd Lake, NJ 07828-3413 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2025       Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott J. Goldstein | on behalf of Debtor John DaSilva scott@wg-attorneys.com LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com |
| Scott J. Goldstein | on behalf of Joint Debtor Jessica Lynn DaSilva scott@wg-attorneys.com LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2                     User: admin                          Page 2 of 2
Date Rcvd: Apr 07, 2025                  Form ID: pdf903                    Total Noticed: 1
TOTAL: 5