SCOTT J. GOLDSTEIN
LAW OFFICES OF WENARSKY AND
GOLDSTEIN, LLC
410 STATE ROUTE 10 WEST, SUITE 214
LEDGEWOOD, NJ 07852

Re: JOHN DASILVA
JESSICA LYNN DASILVA
41 OUTLOOK AVE
BUDD LAKE, NJ 07828

Atty: SCOTT J. GOLDSTEIN
LAW OFFICES OF WENARSKY AND
GOLDSTEIN, LLC
410 STATE ROUTE 10 WEST, SUITE 214
LEDGEWOOD, NJ 07852

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

# TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026

**Chapter 13 Case # 22-14275**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $59,832.00**

## RECEIPTS AS OF 01/15/2026

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/13/2022 | $800.00 | | 07/18/2022 | $800.00 | |
| 09/08/2022 | $800.00 | | 10/05/2022 | $800.00 | |
| 10/31/2022 | $800.00 | | 12/01/2022 | $800.00 | |
| 12/23/2022 | $800.00 | | 01/17/2023 | $800.00 | |
| 02/28/2023 | $800.00 | | 03/15/2023 | $800.00 | |
| 04/11/2023 | $800.00 | | 05/19/2023 | $9,732.00 | |
| 06/20/2023 | $800.00 | | 07/27/2023 | $800.00 | |
| 08/30/2023 | $800.00 | | 10/04/2023 | $800.00 | |
| 11/02/2023 | $800.00 | | 11/16/2023 | $800.00 | |
| 12/21/2023 | $800.00 | | 02/07/2024 | $800.00 | |
| 03/05/2024 | $800.00 | | 04/03/2024 | $800.00 | |
| 05/06/2024 | $800.00 | | 06/07/2024 | $800.00 | |
| 07/09/2024 | $800.00 | | 08/07/2024 | $800.00 | |
| 09/09/2024 | $800.00 | | 10/03/2024 | $800.00 | |
| 11/01/2024 | $800.00 | | 12/02/2024 | $800.00 | |
| 12/30/2024 | $800.00 | | 02/07/2025 | $800.00 | |
| 03/07/2025 | $800.00 | | 03/19/2025 | $1,100.00 | |
| 04/16/2025 | $900.00 | | 05/20/2025 | $900.00 | |
| 06/18/2025 | $900.00 | | 07/22/2025 | $900.00 | |
| 08/20/2025 | $900.00 | | 09/24/2025 | $900.00 | |
| 10/23/2025 | $900.00 | | 11/19/2025 | $900.00 | |
| 12/26/2025 | $900.00 | | | | |

**Total Receipts: $44,532.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $44,532.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026

(Please Read Across)

**Chapter 13 Case # 22-14275**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | | | | | | |
| | 03/13/2023 | $491.37 | 906,913 | 04/17/2023 | $239.50 | 908,498 |
| | 06/12/2023 | $1,441.37 | 911,592 | 07/17/2023 | $118.48 | 913,105 |
| | 08/14/2023 | $118.49 | 914,621 | 09/18/2023 | $118.47 | 916,122 |
| | 10/16/2023 | $116.59 | 917,615 | 11/13/2023 | $116.61 | 919,045 |
| | 12/11/2023 | $116.56 | 920,467 | 01/08/2024 | $116.59 | 921,854 |
| | 02/12/2024 | $116.58 | 923,203 | 03/11/2024 | $116.58 | 924,659 |
| | 04/15/2024 | $116.59 | 926,085 | 05/10/2024 | $116.58 | 927,567 |
| | 06/17/2024 | $116.58 | 928,966 | 07/15/2024 | $120.40 | 930,456 |
| | 08/19/2024 | $120.38 | 931,864 | 09/16/2024 | $120.39 | 933,329 |
| | 10/21/2024 | $119.11 | 934,727 | 11/18/2024 | $119.12 | 936,208 |
| | 12/16/2024 | $119.13 | 937,592 | 01/13/2025 | $119.11 | 939,031 |
| | 02/10/2025 | $119.12 | 940,400 | 06/16/2025 | $127.99 | 946,092 |
| | 07/14/2025 | $135.43 | 947,542 | 08/18/2025 | $135.44 | 948,947 |
| | 09/16/2025 | $135.43 | 950,261 | 10/20/2025 | $135.43 | 951,696 |
| | 11/17/2025 | $134.04 | 953,169 | 12/15/2025 | $133.98 | 954,578 |
| | 01/12/2026 | $134.02 | 955,995 | | | |
| BANK OF AMERICA | | | | | | |
| | 03/13/2023 | $328.70 | 906,948 | 04/17/2023 | $160.20 | 908,529 |
| | 06/12/2023 | $964.17 | 911,619 | 07/17/2023 | $79.26 | 913,135 |
| | 08/14/2023 | $79.26 | 914,652 | 09/18/2023 | $79.25 | 916,149 |
| | 10/16/2023 | $78.00 | 917,640 | 11/13/2023 | $77.97 | 919,074 |
| | 12/11/2023 | $78.00 | 920,497 | 01/08/2024 | $77.98 | 921,880 |
| | 02/12/2024 | $77.99 | 923,228 | 03/11/2024 | $77.98 | 924,685 |
| | 04/15/2024 | $77.99 | 926,114 | 05/10/2024 | $77.99 | 927,591 |
| | 06/17/2024 | $77.99 | 928,993 | 07/15/2024 | $80.53 | 930,480 |
| | 08/19/2024 | $80.52 | 931,890 | 09/16/2024 | $80.54 | 933,353 |
| | 10/21/2024 | $79.68 | 934,752 | 11/18/2024 | $79.68 | 936,238 |
| | 12/16/2024 | $79.69 | 937,621 | 01/13/2025 | $79.67 | 939,062 |
| | 02/10/2025 | $79.69 | 940,429 | 06/16/2025 | $85.61 | 946,123 |
| | 07/14/2025 | $90.59 | 947,575 | 08/18/2025 | $90.60 | 948,970 |
| | 09/16/2025 | $90.59 | 950,286 | 10/20/2025 | $90.60 | 951,723 |
| | 11/17/2025 | $89.67 | 953,201 | 12/15/2025 | $89.62 | 954,606 |
| | 01/12/2026 | $89.64 | 956,026 | | | |
| HACKETTSTOWN MEDICAL CENTER | | | | | | |
| | 03/13/2023 | $39.60 | 907,196 | 04/17/2023 | $19.32 | 908,801 |
| | 06/12/2023 | $116.21 | 911,873 | 07/17/2023 | $9.55 | 913,392 |
| | 08/14/2023 | $9.55 | 914,912 | 09/18/2023 | $9.56 | 916,407 |
| | 10/16/2023 | $9.39 | 917,880 | 11/13/2023 | $9.41 | 919,332 |
| | 12/11/2023 | $9.39 | 920,727 | 01/08/2024 | $9.40 | 922,117 |
| | 02/12/2024 | $9.40 | 923,481 | 03/11/2024 | $9.40 | 924,928 |
| | 04/15/2024 | $9.40 | 926,370 | 05/10/2024 | $9.40 | 927,828 |
| | 06/17/2024 | $9.40 | 929,260 | 07/15/2024 | $9.70 | 930,719 |
| | 08/19/2024 | $9.71 | 932,151 | 09/16/2024 | $9.70 | 933,590 |
| | 10/21/2024 | $9.61 | 935,006 | 11/18/2024 | $9.60 | 936,474 |
| | 12/16/2024 | $9.61 | 937,859 | 01/13/2025 | $9.60 | 939,293 |
| | 02/10/2025 | $9.60 | 940,636 | 06/16/2025 | $10.32 | 946,351 |
| | 07/14/2025 | $10.92 | 947,805 | 08/18/2025 | $10.92 | 949,168 |
| | 09/16/2025 | $10.92 | 950,507 | 10/20/2025 | $10.92 | 951,957 |
| | 11/17/2025 | $10.80 | 953,425 | 12/15/2025 | $10.81 | 954,830 |
| | 01/12/2026 | $10.80 | 956,242 | | | |

**Chapter 13 Case # 22-14275**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK NA | | | | | | |
| | 03/13/2023 | $269.01 | 906,685 | 03/13/2023 | $272.46 | 906,685 |
| | 04/17/2023 | $132.81 | 908,253 | 04/17/2023 | $131.13 | 908,253 |
| | 06/12/2023 | $799.26 | 911,349 | 06/12/2023 | $789.15 | 911,349 |
| | 07/17/2023 | $64.87 | 912,865 | 07/17/2023 | $65.70 | 912,865 |
| | 08/14/2023 | $65.70 | 914,386 | 08/14/2023 | $64.87 | 914,386 |
| | 09/18/2023 | $64.89 | 915,879 | 09/18/2023 | $65.72 | 915,879 |
| | 10/16/2023 | $64.64 | 917,382 | 10/16/2023 | $63.81 | 917,382 |
| | 11/13/2023 | $63.85 | 918,808 | 11/13/2023 | $64.64 | 918,808 |
| | 12/11/2023 | $64.65 | 920,230 | 12/11/2023 | $63.80 | 920,230 |
| | 01/08/2024 | $63.84 | 921,628 | 01/08/2024 | $64.65 | 921,628 |
| | 02/12/2024 | $64.65 | 922,956 | 02/12/2024 | $63.83 | 922,956 |
| | 03/11/2024 | $63.82 | 924,421 | 03/11/2024 | $64.64 | 924,421 |
| | 04/15/2024 | $64.65 | 925,835 | 04/15/2024 | $63.83 | 925,835 |
| | 05/10/2024 | $63.83 | 927,328 | 05/10/2024 | $64.65 | 927,328 |
| | 06/17/2024 | $64.65 | 928,700 | 06/17/2024 | $63.83 | 928,700 |
| | 07/15/2024 | $65.92 | 930,202 | 07/15/2024 | $66.74 | 930,202 |
| | 08/19/2024 | $66.76 | 931,599 | 08/19/2024 | $65.91 | 931,599 |
| | 09/16/2024 | $65.91 | 933,085 | 09/16/2024 | $66.76 | 933,085 |
| | 10/21/2024 | $66.05 | 934,443 | 10/21/2024 | $65.21 | 934,443 |
| | 11/18/2024 | $65.22 | 935,934 | 11/18/2024 | $66.05 | 935,934 |
| | 12/16/2024 | $65.22 | 937,313 | 12/16/2024 | $66.07 | 937,313 |
| | 01/13/2025 | $66.05 | 938,739 | 01/13/2025 | $65.21 | 938,739 |
| | 02/10/2025 | $66.05 | 940,127 | 02/10/2025 | $65.22 | 940,127 |
| | 06/16/2025 | $70.07 | 945,778 | 06/16/2025 | $70.97 | 945,778 |
| | 07/14/2025 | $75.10 | 947,234 | 07/14/2025 | $74.15 | 947,234 |
| | 08/18/2025 | $74.16 | 948,664 | 08/18/2025 | $75.10 | 948,664 |
| | 09/16/2025 | $75.10 | 949,933 | 09/16/2025 | $74.15 | 949,933 |
| | 10/20/2025 | $74.15 | 951,358 | 10/20/2025 | $75.10 | 951,358 |
| | 11/17/2025 | $74.30 | 952,834 | 11/17/2025 | $73.36 | 952,834 |
| | 12/15/2025 | $73.37 | 954,236 | 12/15/2025 | $74.31 | 954,236 |
| | 01/12/2026 | $74.31 | 955,676 | 01/12/2026 | $73.37 | 955,676 |
| MORRISTOWN MEDICAL CENTER | | | | | | |
| | 03/13/2023 | $10.38 | 907,322 | 04/17/2023 | $5.07 | 908,933 |
| | 06/12/2023 | $30.45 | 911,990 | 08/14/2023 | $5.00 | 915,033 |
| | 11/13/2023 | $7.44 | 919,446 | 02/12/2024 | $7.39 | 923,605 |
| | 05/10/2024 | $7.39 | 927,936 | 07/15/2024 | $5.01 | 930,817 |
| | 09/16/2024 | $5.08 | 933,691 | 11/18/2024 | $5.04 | 936,583 |
| | 01/13/2025 | $5.04 | 939,398 | 06/16/2025 | $5.21 | 946,479 |
| | 08/18/2025 | $5.73 | 949,282 | 10/20/2025 | $5.72 | 952,081 |
| | 12/15/2025 | $5.67 | 954,937 | | | |

**Chapter 13 Case # 22-14275**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 03/13/2023 | $31.55 | 8,003,367 | 03/13/2023 | $215.01 | 8,003,367 |
| | 03/13/2023 | $267.69 | 8,003,367 | 04/17/2023 | $104.81 | 8,003,414 |
| | 04/17/2023 | $130.50 | 8,003,414 | 04/17/2023 | $15.36 | 8,003,414 |
| | 06/12/2023 | $630.74 | 8,003,529 | 06/12/2023 | $785.27 | 8,003,529 |
| | 06/12/2023 | $92.51 | 8,003,529 | 07/17/2023 | $51.85 | 8,003,582 |
| | 07/17/2023 | $64.55 | 8,003,582 | 07/17/2023 | $7.60 | 8,003,582 |
| | 08/14/2023 | $51.85 | 8,003,637 | 08/14/2023 | $64.55 | 8,003,637 |
| | 08/14/2023 | $7.60 | 8,003,637 | 09/18/2023 | $7.61 | 8,003,690 |
| | 09/18/2023 | $51.84 | 8,003,690 | 09/18/2023 | $64.58 | 8,003,690 |
| | 10/16/2023 | $51.03 | 8,003,749 | 10/16/2023 | $63.50 | 8,003,749 |
| | 10/16/2023 | $7.49 | 8,003,749 | 11/13/2023 | $51.01 | 8,003,806 |
| | 11/13/2023 | $63.50 | 8,003,806 | 11/13/2023 | $7.48 | 8,003,806 |
| | 12/11/2023 | $51.01 | 8,003,859 | 12/11/2023 | $63.53 | 8,003,859 |
| | 12/11/2023 | $7.48 | 8,003,859 | 01/08/2024 | $51.02 | 8,003,906 |
| | 01/08/2024 | $63.52 | 8,003,906 | 01/08/2024 | $7.48 | 8,003,906 |
| | 02/12/2024 | $51.02 | 8,003,947 | 02/12/2024 | $63.52 | 8,003,947 |
| | 02/12/2024 | $7.48 | 8,003,947 | 03/11/2024 | $51.02 | 8,003,991 |
| | 03/11/2024 | $63.51 | 8,003,991 | 03/11/2024 | $7.49 | 8,003,991 |
| | 04/15/2024 | $51.02 | 8,004,035 | 04/15/2024 | $63.52 | 8,004,035 |
| | 04/15/2024 | $7.48 | 8,004,035 | 05/10/2024 | $7.48 | 8,004,082 |
| | 05/10/2024 | $51.01 | 8,004,082 | 05/10/2024 | $63.52 | 8,004,082 |
| | 06/17/2024 | $51.02 | 8,004,126 | 06/17/2024 | $63.52 | 8,004,126 |
| | 06/17/2024 | $7.48 | 8,004,126 | 07/15/2024 | $52.68 | 8,004,169 |
| | 07/15/2024 | $65.58 | 8,004,169 | 07/15/2024 | $7.73 | 8,004,169 |
| | 08/19/2024 | $7.73 | 8,004,210 | 08/19/2024 | $52.68 | 8,004,210 |
| | 08/19/2024 | $65.59 | 8,004,210 | 09/16/2024 | $52.67 | 8,004,251 |
| | 09/16/2024 | $65.59 | 8,004,251 | 09/16/2024 | $7.72 | 8,004,251 |
| | 10/21/2024 | $52.13 | 8,004,295 | 10/21/2024 | $64.90 | 8,004,295 |
| | 10/21/2024 | $7.65 | 8,004,295 | 11/18/2024 | $7.65 | 8,004,336 |
| | 11/18/2024 | $52.13 | 8,004,336 | 11/18/2024 | $64.90 | 8,004,336 |
| | 12/16/2024 | $52.12 | 8,004,376 | 12/16/2024 | $64.87 | 8,004,376 |
| | 12/16/2024 | $7.64 | 8,004,376 | 01/13/2025 | $7.64 | 8,004,416 |
| | 01/13/2025 | $52.12 | 8,004,416 | 01/13/2025 | $64.93 | 8,004,416 |
| | 02/10/2025 | $52.14 | 8,004,458 | 02/10/2025 | $64.89 | 8,004,458 |
| | 02/10/2025 | $7.65 | 8,004,458 | 06/16/2025 | $56.01 | 8,004,619 |
| | 06/16/2025 | $69.73 | 8,004,619 | 06/16/2025 | $8.21 | 8,004,619 |
| | 07/14/2025 | $59.26 | 8,004,662 | 07/14/2025 | $73.79 | 8,004,662 |
| | 07/14/2025 | $8.70 | 8,004,662 | 08/18/2025 | $59.27 | 8,004,704 |
| | 08/18/2025 | $73.78 | 8,004,704 | 08/18/2025 | $8.69 | 8,004,704 |
| | 09/16/2025 | $59.26 | 8,004,743 | 09/16/2025 | $73.78 | 8,004,743 |
| | 09/16/2025 | $8.69 | 8,004,743 | 10/20/2025 | $59.27 | 8,004,785 |
| | 10/20/2025 | $73.79 | 8,004,785 | 10/20/2025 | $8.69 | 8,004,785 |
| | 11/17/2025 | $58.63 | 8,004,824 | 11/17/2025 | $73.00 | 8,004,824 |
| | 11/17/2025 | $8.61 | 8,004,824 | 12/15/2025 | $8.59 | 8,004,864 |
| | 12/15/2025 | $58.65 | 8,004,864 | 12/15/2025 | $73.02 | 8,004,864 |
| | 01/12/2026 | $58.64 | 8,004,905 | 01/12/2026 | $73.01 | 8,004,905 |
| | 01/12/2026 | $8.61 | 8,004,905 | | | |

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC | | | | | | |
| | 03/13/2023 | $63.93 | 906,788 | 03/13/2023 | $892.48 | 906,788 |
| | 04/17/2023 | $31.16 | 8,003,428 | 04/17/2023 | $435.00 | 8,003,428 |
| | 06/12/2023 | $2,617.96 | 8,003,537 | 06/12/2023 | $187.53 | 8,003,537 |
| | 07/17/2023 | $15.42 | 8,003,594 | 07/17/2023 | $215.20 | 8,003,594 |
| | 08/14/2023 | $15.42 | 8,003,649 | 08/14/2023 | $215.21 | 8,003,649 |
| | 09/18/2023 | $215.17 | 8,003,703 | 09/18/2023 | $15.41 | 8,003,703 |
| | 10/16/2023 | $211.79 | 8,003,772 | 10/16/2023 | $15.17 | 8,003,772 |
| | 11/13/2023 | $15.17 | 8,003,817 | 11/13/2023 | $211.71 | 8,003,817 |
| | 12/11/2023 | $15.17 | 8,003,869 | 12/11/2023 | $211.79 | 8,003,869 |
| | 01/08/2024 | $211.75 | 8,003,925 | 01/08/2024 | $15.16 | 8,003,925 |
| | 02/12/2024 | $211.75 | 8,003,964 | 02/12/2024 | $15.17 | 8,003,964 |
| | 03/11/2024 | $15.17 | 8,004,011 | 03/11/2024 | $211.76 | 8,004,011 |
| | 04/15/2024 | $15.17 | 8,004,053 | 04/15/2024 | $211.75 | 8,004,053 |
| | 05/10/2024 | $211.75 | 8,004,098 | 05/10/2024 | $15.16 | 8,004,098 |
| | 06/17/2024 | $15.18 | 8,004,140 | 06/17/2024 | $211.75 | 8,004,140 |
| | 07/15/2024 | $15.65 | 8,004,183 | 07/15/2024 | $218.66 | 8,004,183 |
| | 08/19/2024 | $15.67 | 8,004,220 | 08/19/2024 | $218.66 | 8,004,220 |
| | 09/16/2024 | $15.67 | 8,004,259 | 09/16/2024 | $218.65 | 8,004,259 |
| | 10/21/2024 | $216.36 | 8,004,299 | 10/21/2024 | $15.49 | 8,004,299 |
| | 11/18/2024 | $15.50 | 8,004,342 | 11/18/2024 | $216.36 | 8,004,342 |
| | 12/16/2024 | $15.49 | 8,004,390 | 12/16/2024 | $216.37 | 8,004,390 |
| | 01/13/2025 | $216.33 | 8,004,422 | 01/13/2025 | $15.51 | 8,004,422 |
| | 02/10/2025 | $216.37 | 8,004,464 | 02/10/2025 | $15.49 | 8,004,464 |
| | 06/16/2025 | $16.65 | 8,004,625 | 06/16/2025 | $232.46 | 8,004,625 |
| | 07/14/2025 | $17.62 | 8,004,669 | 07/14/2025 | $245.99 | 8,004,669 |
| | 08/18/2025 | $246.00 | 8,004,710 | 08/18/2025 | $17.62 | 8,004,710 |
| | 09/16/2025 | $245.98 | 8,004,749 | 09/16/2025 | $17.63 | 8,004,749 |
| | 10/20/2025 | $17.62 | 8,004,790 | 10/20/2025 | $245.99 | 8,004,790 |
| | 11/17/2025 | $17.43 | 8,004,830 | 11/17/2025 | $243.37 | 8,004,830 |
| | 12/15/2025 | $243.43 | 8,004,870 | 12/15/2025 | $17.44 | 8,004,870 |
| | 01/12/2026 | $17.43 | 8,004,911 | 01/12/2026 | $243.40 | 8,004,911 |
| WELLS FARGO CARD SERVICES | | | | | | |
| | 03/13/2023 | $219.81 | 907,904 | 04/17/2023 | $107.15 | 909,566 |
| | 06/12/2023 | $644.79 | 912,565 | 07/17/2023 | $53.01 | 914,091 |
| | 08/14/2023 | $53.01 | 915,559 | 09/18/2023 | $53.00 | 917,092 |
| | 10/16/2023 | $52.15 | 918,524 | 11/13/2023 | $52.16 | 919,967 |
| | 12/11/2023 | $52.15 | 921,367 | 01/08/2024 | $52.15 | 922,715 |
| | 02/12/2024 | $52.15 | 924,156 | 03/11/2024 | $52.16 | 925,571 |
| | 04/15/2024 | $52.15 | 927,078 | 05/10/2024 | $52.16 | 928,451 |
| | 06/17/2024 | $52.15 | 929,968 | 07/15/2024 | $53.86 | 931,337 |
| | 08/19/2024 | $53.85 | 932,848 | 09/16/2024 | $53.86 | 934,200 |
| | 10/21/2024 | $53.29 | 935,712 | 11/18/2024 | $53.29 | 937,109 |
| | 12/16/2024 | $53.27 | 938,527 | 01/13/2025 | $53.31 | 939,939 |
| | 02/10/2025 | $53.28 | 941,280 | 06/16/2025 | $57.26 | 947,053 |
| | 07/14/2025 | $60.59 | 948,491 | 08/18/2025 | $60.56 | 949,783 |
| | 09/16/2025 | $60.61 | 951,155 | 10/20/2025 | $60.59 | 952,654 |
| | 11/17/2025 | $59.94 | 954,065 | 12/15/2025 | $59.95 | 955,492 |
| | 01/12/2026 | $59.95 | 956,885 | | | |

# CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,715.54 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 6,429.00 | 100.00% | 6,429.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 9,474.81 | * | 5,605.46 | |
| 0002 | AMERICREDIT FINANCIAL SERVICES, IN | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | |
| 0003 | ANESTHESIA ASSOCIATS OF MORRISTOV | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | ATLANTIC AMBULANCE CORP | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 22-14275**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0005 | ATLANTIC MEDICAL GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | BANK OF AMERICA | UNSECURED | 6,337.98 | * | 3,749.65 | |
| 0007 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,146.13 | * | 2,452.92 | |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 5,162.01 | * | 3,053.93 | |
| 0009 | CHASE BANK USA, NA | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | JPMORGAN CHASE BANK NA | UNSECURED | 5,253.90 | * | 3,108.29 | |
| 0011 | CITIBANK NORTH AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | QUANTUM3 GROUP LLC | UNSECURED | 1,232.73 | * | 729.30 | |
| 0013 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | HACKETTSTOWN MEDICAL CENTER | UNSECURED | 763.87 | * | 451.92 | |
| 0015 | JPMCB CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | QUANTUM3 GROUP LLC | UNSECURED | 17,209.12 | * | 10,181.20 | |
| 0017 | LINCOLN AUTOMOTIVE FIN | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | |
| 0018 | MATERNAL FETAL MEDICINE | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | MATERNAL FETAL MEDICINE OF PRACTI | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | MIDATLANTIC NEONATOLOGY | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | MORRISTOWN MEDICAL CENTER | UNSECURED | 200.21 | * | 115.62 | |
| 0022 | NEPHROLOGICAL ASSOC PA | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | ROCKET MORTGAGE LLC | MORTGAGE ARRI | 0.00 | 100.00% | 0.00 | |
| 0026 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 608.11 | * | 359.77 | |
| 0027 | TALLY TECHNOLOGIES, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | TARGET NB | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | WELLS FARGO CARD SERVICES | UNSECURED | 4,238.57 | * | 2,507.61 | |
| 0033 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | JPMORGAN CHASE BANK NA | UNSECURED | 5,187.42 | * | 3,068.96 | |
| 0035 | JPMCB CARD | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid: $44,529.17**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $44,532.00 - Paid to Claims: $35,384.63 - Admin Costs Paid: $9,144.54 = Funds on Hand: $2.83

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.